# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

## COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number _____
(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

## I.   PARTIES

A.   Plaintiff:

1.   (a) _Barry Williams_          (b) _1052921_
           (Name)                         (Inmate number)

(c) _P.O.B. 1000_
           (Address)

_Chatham VA 24531_

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

**Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.**

B.   Defendant(s):

1.   (a) _Harold Clarke_          (b) _VADOC, Director_
           (Name)                         (Title/Job Description)

(c) _P.O.B. 26963_
           (Address)

_Richmond V.A. 23261_

2

2.  (a) _David Robinson_        (b) _chief of Operations VADOC_
          (Name)                    (Title/Job Description)

    (c) _P.O.B. 26963_
          (Address)

        _Richmond  V.A.  23261_

3.  (a) _Dr. Wang_              (b) _Head Doctor for GROC_
          (Name)                    (Title/Job Description)

    (c) _P.O.B 1000_
          (Address)

        _Chatham, V.A. 24531_

If there are additional defendants, please list them on a separate sheet of paper.  Provide all identifying information for each defendant named. "_SEE ATTACHMENT B_"

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint.  If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II.   PREVIOUS LAWSUITS

A.  Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?    Yes [   ]   No [✓]

B.  If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below.  If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

1.  Parties to previous lawsuit:

Plaintiff(s) _____N/A_____

Defendant(s) _____N/A_____

_____N/A_____

2.  Court (if federal court, name the district; if state court, name the county):

_____N/A_____

3.  Date lawsuit filed: ____N/A_____

4.  Docket number: _____N/A_____

3

5.    Name of Judge to whom case was assigned: _____ N|A _____

6.    Disposition (Was case dismissed?  Appealed?  Is it still pending?  What relief was granted, if any?) :    N|A

## III.    GRIEVANCE PROCEDURE

A.    At what institution did the events concerning your current complaint take place: _____

Sussex II

B.    Does the institution listed in "A" have a grievance procedure? Yes [ ✓ ] No [   ]

C.    If your answer to "B" is Yes:

1.    Did you file a grievance based on this complaint? Yes [   ] No [   ]

2.    If so, where and when: _____

3.    What was the result? unfounded

4.    Did you appeal? Yes [ ✓ ] No [ · ]

5.    Result of appeal: unfounded

D.    If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [   ] No [   ]

If your answer is Yes, what steps did you take? N|A

E.    If your answer is No, explain why you did not submit your complaint to the prison authorities:

N|A

## IV.   STATEMENT OF THE CLAIM

State here the facts of your case.  Describe how each defendant is involved and how you were harmed by their action.  Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets if necessary.

"SEE ATTACHMENT 'A'"

## "ATTACHMENT A"

1. Prison officials are obligated under the (8TH) Eighth Amendment to provide prisoners with adequate medical care. Estelle v. Gamble 429 U.S. 97, 103 (1976).

2. If prison official demonstrates "different indifference" if the recklessly disregards a substantial risk of harm to prisoner. SEE Farmer V. Brennon 511 U.S. 825, 836 (1994); Where petitioner was an Virginia Department of Corrections inmate and was housed at Sussex II prison was walking down the stairs with trays in his hands fall down the stairs and injuried his self all the which in the care of VADOC. This incident has caused serious medical issue to the petitioner to the point that the petitioner is recieving chronic care as a result of the injuries substanded from that event.

3. The (8TH) eighth Amendment prohibits the unnecessary and wanton infliction of pain, Estelle v. Gamble, 429 U.S. at 104 Serious medical needs; ① whether a reasonable doctor or patient would perceive the medical need in question as important and worthy of comment or treatment.

   ② whether the medical condition significantly affects daily activities. well the right side of my body is deteriorating to the point that my body movements are effective and I'm in constane pain. This is not a pulled muscle nor will it heal it's self, petitioner needs Surguery.

   ③ The mere existance of chronic and substatutal pain. Well, I have weared thought because the pain is so bad, I cant sleep on my right side pain can constitute a serious medical need even if the failure to treat aren't life-theratening.

4. A serious medical need is present whenever the failure to treat a prisoner's condition could result in further significant injury or the unnecessary and wanton infliction of pain. SEE Clement V. Gomez, 298 F3d 898, 909 (9TH cir 2002); Petitioners' United states constitution 19TH amendment due process right is being violated and petitioners Federal United states constitution 5TH Amenmend due process righ is being violated.

pg 1 of 65

5.     On or around March of 2014, I was carrying trays down the stairs and I fall down. I substained an injury as a result of that and now I'm being deprived adequate medical treatment. I exhausted all my state remedies but to no avail as the medical department at Green Rock correctional center is being neglegence in handling my current issue. In Estelle V. Gamble, 429 u.s. 97.103 (1976) as an inmate must rely on prison authorities to treat his medical needs; if authoritres fail to do so, those needs will not be met. The prison officials here at (Green Rock correctional center herein after GROC), are clearly aware of my serious medical needs. As the prison officials fail to reasonably respond and delay my being able to access treatment, In Hill V. Dekalb Reg'l youth Det. Ctr, 40 F. 3d 1176, 1187 (11th Cir. 1994), "One that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention," defining a deliberate indifference.

6.     My injury took place at Sessex II state prison, then I was transferred to Augusta Correctional center and now as of today I'm currently at GROC. Alot of wasted tax payers money was put forth into my being transferred from facility to facility thus delaying and hindering petitioner from recieving the proper medical treatment petitioner is seeking and deserves. I am a cronic care patient and I'm in fear of my health and mental state of mind because my leg is deteriorating and I can possibly loss my limb. See Exhibits — which is included within this civil 1983 form.

pg. 2 of 5

7i The medical department at Sussex II state prison documented in an effort to allude the law and my rights, stated there is nothing wrong with the petitioner. On or around May 5, 2014; I wrote a request to Sussex II state prison about my injury that occured with my falling down the stairs in the pod. When visiting doctor Inder Jeet Singh Gujral, I was told by what he saw was nothing wrong with petitioner and the test results came back normal besides a little bit of arthritis. I was told that nothing else could be done and I need to excise to build my muscles back up. I complained more and I wrote Congressman Robert "Bobby" Scott, then I was transferred to Augusta Correctional Center, (herein after ACC). SEE Exhibits included within this 1983 form— The medical department at ACC, sent me to Augusta Health Center on October 5, 2016, for an MRI which stated contracy to Sussex II prison's medical department. In fact the MRI results showed there was multileved degenerative disc disease without significant disc space-narrowing, L4 + L5 nerve damage, degenerative changes in the facet joints, disc bulge, foraminal disc herniation, small disc bulges and multilevel developmental stenosis. The ACC stated that's why I was transferred to GROC because the facility was a good medical facility with less stairs and lever pavement to walk on. But prior to arriving I had an appointment back at UVA medical center for a follow-up with my provider Andrew Crichlow, M.D., Whom recommanded petitioner for therapy; Neither was therapy or a follow-up was done after telling Dr. Lawrence Wang who neglected to honor petitioners' treatment to outside care providers—

8. In United States v. Classic, 313 US 299; 61 S. Ct. 1031 (US. LA 1941) "Misuse of power possessed by virtue of state law and made possible only because the wrongdoer is clothed within the authority of state law is taken action. "Under color of state law" Within the state making it a penal offense for anyone who, acting under color of law, willfully subjects or cause to be subjected any inhabitant of any state to deprivation of any rights, privileges or immunities secured or protected by federal laws and constitution.

As for petitioners' claim, even though the x-ray come back abnormal doctor Wang still refuses to send petitioner to an outpatient hospital to get properly checked out as I have very limited use of my right leg and constant pain on my right side.

The petitioner states had he been on the streets, he would have went to the "emergency room immediatly" and the pain and suffering and mental duress and emotional distress petitioner suffered since 2019, would have never occured. This is inapproprate and inconsistent with Operationing procudere 720.2, of the Virginia Department of Corrections standards. Due to the parties involved in this 1983 motion the petitioner is being mistreated and all defendents involved in this 1983 motion has been negligence in dealing with petitioners injury. This is crueal and ususally punishment as petitioners' injury is serre and serious enough that petitioner could loss a limb. Petitioners' 8TH amendment right to the United States constitutional is in violation, due to cruel and unusal punishment, petitioners' is being treated with deliberate to medical needs. McAlphin v. Toney, 281 F. 3d 709, 711(8TH Cir 2002) (imminent danger exception satisfied when prisoner, alleging deliberate in-difference to medical needs, had 2 teeth that need extraction due to spreading infection). Petitioner requesting that VADOC, GROC staff doesn't retalite against petitioner by transfering him to another VADOC facility.

V. RELIEF

I understand that in a section 1983 action the Court cannot change my sentence, release me from custody or restore good time, I understand I should file a petition for a writ of habeas Corpus if I desire this type of relief. BBW (please initial)

The plaintiff wants the court to: (check these remedies you seek)

The plaintiff is suing all defendants in their "individual and official capacities" each

✓ Award money for compensatory damages in the amount of $ 200,000.00

✓ Award money in punitive damages in the amount of $ 200,000.00

✓ Award money for mental anguish and emotional distress damages in the amount of $ 200,000.00

✓ Grant injunctive relief by compelling VADOC staff to send inmate to neurologiest specialist to have surgery.

✓ OTHER: Investigate and Remedy per VADOC policy

## PLACES OF INCARCERATION

Place list the institutions at which you were incarcerated during the last six months. If you were trasfered this period.

N/A

VII. CONSENT

Consent to trial by a magistrate Judge: The parties are advised of their right, pursuant to 28 U.S.C. section 636(c) to have a U.S. magistrate Judge perside over a trial, with appeal to the U.S. court of Appeals for the fourth circuit. Do you consent to proceed before a this magistrate Judge? Yes [✓]  No [  ]. You may consent to proceed at anytime; however, an early consent is encouraged.

VIII. SIGNATURE *Burry William*

If there is more then one plaintiff, each plaintiff must sign for himself or herself: _____

Commonwealth of Virginia

County of Chatham to wit:

The foregoing petition was acknowledged before me, on 14th day of May 2020.

Notary Public: *Tyler B. Lewis*

My commission expires: 7701545

"I certify that the above notary is not a party of this action."

*[signature]*

5 of 5

TYLER B. LEWIS
NOTARY PUBLIC
REG. #7701545
MY COMMISSION EXPIRES
10-31-2020
COMMONWEALTH OF VIRGINIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Barry Williams #1052921,
    Plaintiff,

V.

Harold Clarke, VADOC, Director, et al.,
    Defendants,

## MOTION TO INCORPORATE AFFIDAVIT OF EXHIBITS INTO OFFICIAL RECORDS

Comes Now, plaintiff, pro se Berry Williams being first duly swore under penalty of purjury that the following Affidvait with Exhibits is true and correct.

RESPECTFULLY SUBMITTED,

_Barrey William_

1 CLAIM; AFFIDVAITS; EXHIBITS: which is Congressman "Bobby" Scott, Informal complaint, Grievances

State of Virginia, county of _Pittsylvania_, to wit

Subscribed and swore to, before me, a notary public, this 13th day of ~~May~~ 2020.

_Tyler B. Lewis_ Notary Public

my commission expires: _10-31-2020_

"I certify that the above notary is not a party of this action."

TYLER B. LEWIS
NOTARY PUBLIC
REG. #7701545
MY COMMISSION EXPIRES
10-31-2020
COMMONWEALTH OF VIRGINIA

## AFFIDAVIT

I, Barry Williams #1052921 , respectfully state as follows:

On or around March of 2014, I fall down the stairs at Sessex II, while being an offender in the care of Virginia Department of corrections-

_____

_____

_____

_____

_____

_____

_____

_____

I swear the foregoing statements are true and correct to the best of my knowledge and belief and all statements are based on personal knowledge of events described. I understand if I have knowingly made false statements I may be subject to prosecution for perjury.

_____
                          **Affiant**

State of Virginia, County of Pittsylvania , to wit:

Subscribed and sworn to, before me, a Notary Public, this 13th day of May , 2020.

_____
                          Notary Public

My Commission Expires: 10-31-2020

"I certify that the above notary is not a party of this action."

TYLER B. LEWIS
NOTARY PUBLIC
REG. #7701545
MY COMMISSION EXPIRES
10-31-2020
COMMONWEALTH OF VIRGINIA

## AFFIDAVIT IN FORMA PAUPERIS

STATE OF VIRGINIA:

CITY/COUNTY OF _Chatham_

I, _Barry Williams_ , being duly sworn declare:

1. I am currently incarcerated;

2. I am unable to pay the cost of this action or give security therefore;

3. My assets amount to a total of $ _0_

_Barry William_
Signature

_5/13/20_
Date

Sworn to before me this _13th_ day of _May_ , 20_20_ .

_Tyler B. Lewis_
Notary Public

My commission expires: _10-31-2020_

**TYLER B. LEWIS**
**NOTARY PUBLIC**
**REG. #7701545**
**MY COMMISSION EXPIRES**
**10-31-2020**
**COMMONWEALTH OF VIRGINIA**

"I certify that the above notary is not a party of this action."
_Barry Williams_

**IN FORMA PAUPERIS AFFIDAVIT**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Insert appropriate court)

Barry Williams
_____
(Petitioner/Plaintiff)

v.      Civil Action No. : _____

Harold Clarke, Director, et al.
_____
(Respondent(s)/Defendant(s))

AFFIDAVIT IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

   I, Barry Williams _____, being first duly sworn,
depose and say that I am the petitioner in the above entitled case;
I bring this ___ 1983 civil suit _____
_____ (identify the nature of the action); that in support of
my motion to proceed without being required to prepay fees, costs
or give security therefor, I state that because of my poverty I am
unable to pay the costs of said proceeding or give security
therefor; that I believe I am entitled to relief.

   I further swear that the responses which I have made to
questions and instructions below are true.

1.   Are you presently employed? Yes ( ) No ( )
     a.   If the answer is "yes," state the amount of
          salary or wages per month, and give the name
          and address of your employer.
          Home man Pod Job, VADOC; P.O.B. 26963, Richmond V.A.
          23261
     b.   If the answer is "no," state the date of last
          employment and the amount of salary and wages
          per month which you received.

          _____

          _____

2.   Have you received within the past twelve months any money
     from any of the following sources?
     a.   Business or profession or form of self-
          employment? Yes ( ) No ( Ꞁ )
     b.   Rent payments, interest or dividends?
          Yes ( ) No ( Ꞁ )
     c.   Pensions, annuities or life insurance
          payments? Yes ( ) No ( Ꞁ )
     d.   Gifts or inheritances? Yes ( ) No ( Ꞁ )
     e.   Any other sources? Yes ( ) No ( Ꞁ )

If the answer to any of the above is "yes," describe each source of
money and state the amount received from each during the past
twelve month. ___ N/A _____

_____

3.    a.    What is the current balance in your prison spend account? _____

        b.    Do you have any money in any other prison account or regular bank account? Yes ( ) No (✓). If you answered yes identify the account(s) and state the balance(s).

_____ N/A _____
_____
_____

4.    Do you own any real state, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ( ) No (✓)

    If the answer is "yes," describe the property and state its approximate value. ____ N/A _____

5.    List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. ___ N/A ____
_____

6.    List all of your prior cases that were dismissed as frivolous, malicious or failed to state a claim upon which relief could be granted, i.e., pursuant to Fed. R. Civ. 12 (b) (6). None
_____
_____
_____
_____
_____

7.    Complete number 7 **only if your case has been dismissed.** List the issues you intend to present on appeal. ___ N/A ___
_____
_____
_____
_____

The failure to complete the **entire** affidavit will result in the immediate termination of the action. If more room is need for any response, please attach additional pages.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on _____
                  (Date)

                            (Signature)

"ATTACHMENT B"

4. (a) Inder Jeet Singh Gujral, M.D.     (b) Head Doctor for Sussex II

(c) 24927 musselwhite dr.

All defendants are being sued in their "individual and official capacities"

5. (a) Green Rock Correctional Centers medical department

(c) P.O.B. 1000, chatham V.A. 24531     (b) GROC Medical ~~doctor~~ Company

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Barry Williams )
_____ )
Plaintiff )
v. ) Civil Action No. _____
HAROLD CLARKE, VADOC, Director, et. al. )
_____ )
Defendant )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

. I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: GREEN ROCK CORRECTIONAL CENTER .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: N/A

My gross pay or wages are: $  O  , and my take-home pay or wages are: $  O  per

(specify pay period) O .

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.* N/A

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ O _____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: O

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: O

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: O

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: O

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____

_____
*Applicant's signature*

Berry Williams
_____
*Printed name*

AO 240A  (Rev. 01/09)  Order to Proceed Without Prepaying Fees or Costs

# UNITED STATES DISTRICT COURT
### for the

Berry Williams

))))))

_____

*Plaintiff*

v.

Civil Action No. _____

Harold Clarke, Director et, al.

*Defendant*

## ORDER TO PROCEED WITHOUT PREPAYING FEES OR COSTS

**IT IS ORDERED:** The plaintiff's application under 28 U.S.C. § 1915 to proceed without prepaying fees or costs is:

☐ Granted:

The clerk is ordered to file the complaint and issue a summons.  The United States marshal is ordered to serve the summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Granted Conditionally:

The clerk is ordered to file the complaint.  Upon receipt of the completed summons and USM-285 form for each defendant, the clerk will issue a summons.  If the completed summons and USM-285 forms are not submitted as directed, the complaint may be dismissed.  The United States marshal is ordered to serve the completed summons with a copy of the complaint and this order on the defendant(s).  The United States will advance the costs of service.  Prisoner plaintiffs are responsible for full payment of the filing fee.

☐ Denied:

This application is denied for these reasons:

Date: _____

_____

*Judge's signature*

_____

*Printed name and title*

# PRISONER TRUST ACCOUNT REPORT

Plaintiff: Berry Williams _____ v. Defendant(s): Harold Clarke, Director, et, al.

**THIS FORM IS FOR THE TRUST OFFICER TO FILL OUT AND RETURN TO INMATE TO SEND BACK TO THE COURT - \*MAKE SURE SIX-MONTH STATEMENTS ARE INCLUDED\* FROM: Clerk, United States District Court for the Western District of Virginia**

INMATE NAME AND INMATE NO. __1052921__

Under the Prison Litigation Reform Act, a prisoner filing a civil action must obtain from the trust officer of each institution in which the prisoner was confined during the <u>preceding six-months</u> a certified copy of the prisoner's trust account statement for the six-months prior to the filing of the civil action. Accordingly, the trust officer is requested to complete this form, attach supporting ledger/statements, \*and <u>return these documents to the prisoner within 10 days.</u>

Was the inmate incarcerated anywhere else besides this facility in the last six months? _____ Yes _____ No

If yes, which facility? _____

If yes, state month(s) and year(s) the inmate was incarcerated at that other facility.

_____, Month(s) _____ Year(s)

DATE THIS ACTION WAS FILED WITH THE COURT: ____ 5/12/2020 ____
(Example- If this case was filed in January- The court needs six-month statements for July – December)

| Total Deposits for <u>six-month prior</u> to filing this action | | Account Balance on last day of month for <u>six-months prior</u> to filing this action | |
|---|---|---|---|
| Month | Amount | Month | Amount |
| 11/2019 | 36.75 | 11/2019 | 1.81 |
| 12/2019 | 42.00 | 12/2019 | 1.98 |
| 1/2020 | 63.60 | 1/2020 | 0.78 |
| 2/2020 | 42.00 | 2/2020 | 0.04 |
| 3/2020 | 42.00 | 3/2020 | 0.27 |
| 4/2020 | 47.25 | 4/2020 | 42.80 |
| $ 45.60 | | $ 7.95 | |
| **AVERAGE MONTHLY DEPOSITS** | | **AVERAGE MONTHLY BALANCE** | |

I certify that the above information accurately states the deposits and balances in the prisoner's trust account for the period shown and that the attached six-month statements are true copies of account records maintained in the ordinary course of business.

TRUST OFFICER SIGNATURE _Amanda C Ford, Fiscal Tech_ DATE: 5/12/2020

\*In the event the prisoner has insufficient funds in his/her prisoner trust account to pay for copies of the required six-month statements, the facility shall provide the prisoner additional photocopying service loans.



**UVA HOSPITAL EAST**
1222 Jefferson Park Ave
Charlottesville VA 22908
ROI Notes Report

**WILLIAMS,BARRY**
MRN: 2275969
DOB: 3/25/1968, Sex: M
Adm: 12/13/2016, D/C: 12/13/2016

---

**Progress Notes signed by Justin S Smith, MD PhD at 12/14/16 1007**

| | | |
|---|---|---|
| Author: Justin S Smith, MD PhD | Service: Neurosurgery | Author Type: Physician |
| Filed: 12/14/16 1007 | Date of Service: 12/13/16 0000 | Note Type: Progress Notes |
| Status: Signed | Editor: Justin S Smith, MD PhD (Physician) | |
| Trans ID: 723899076 | Trans Status: Available | Dictation Time: 12/13/16 1033 |
| Trans Time: 12/14/16 0319 | Trans Doc Type: Progress Note/Letter | |

INITIAL VISIT NOTE

SERVICE: Neurological Spine Surgery.

HISTORY OF PRESENT ILLNESS: Mr. Williams is a 48-year-old male, who presents to us with reported couple of years of back and leg pain. The patient does not have any symptoms in the left side, but states in the right he has pain that radiates from his butt down to his knee and into the foot. He has pain mainly in the right 3rd, 4th, and 5th toes. He also has pain in the right above his knee. The patient states that he has had these symptoms for a couple of years. He recently fall down from 2 or 3 steps as a result. The patient denies any bowel or bladder issues. Again, no symptoms on the left side, only the right. The patient has been taking some nortriptyline 25 mg nightly. He has been doing stretching exercises daily. The patient states that his pain is 9/10.

PAST MEDICAL HISTORY: Back pain.

PAST SURGICAL HISTORY: None.

FAMILY HISTORY: None.

SOCIAL HISTORY: The patient is not a smoker. He has never used smokeless tobacco. He denies any alcohol use. He is currently incarcerated.

PHYSICAL EXAMINATION: The patient is alert, oriented, no acute distress. In the upper extremities, he has 5/5 strength in bilateral biceps, triceps and hand grip. In the right side, he has 5/5 strength at the hip, 5/5 strength in knee flexion and extension, 2/5 strength in ankle dorsiflexion and plantar flexion. In the left side, the patient has 5/5 strength in hip, 5/5 strength in knee flexion and extension, and 5/5 strength in ankle dorsiflexion and plantar flexion, EHL. The patient, when standing and walking, does favor the right leg. He does have ankle dorsiflexion and plantar flexion and gait with picking up his foot and lifting off on the ground. The patient did not participate fully in the neuro exam based on his gait.

IMAGING: The patient has an MRI of his lumbar spine. The MRI is significant for some foraminal disk herniation at L3-4 as well as some mild foraminal narrowing at L4-5 and L5-S1.

ASSESSMENT AND PLAN: The patient is a 48-year-old male with lumbar spondylosis and right radiculopathy. Based on the imaging, we do not see any significant or severe stenosis, which would be concerning for surgical intervention. The patient has not tried any conservative measures at this point in time. We would recommend he has a right L4 and L5 nerve root injection by pain management specialist. The patient may also be referred to see a pain management specialist for other interventions. At this point in time, there is no surgical intervention based on the spine imaging we have seen. We were happy to see the patient

---

12/16/16

VIRGINIA DEPARTMENT OF CORRECTIONS
GREEN ROCK CORRECTIONAL CENTER
**INFORMAL COMPLAINT INITIAL REVIEW RESPONSE**

Effective Date: 10/01/2012
Operating Procedure 866.1 (Attachment B)

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF CORRECTIONS
GREEN ROCK
CORRECTIONAL CENTER

INFORMAL COMPLAINT
INITIAL REVIEW RESPONSE

Informal Complaint NO.

Grievance

MAY 0 1 2020

Office

**GROC-20-INF-00425**

| TO: (Offender Name /Number) **Williams, Barry 1052921** | FACILITY **GROC** | HOUSING LOCATION **B-121** | Date Received by Grievance Office **4.16.2020** |
|---|---|---|---|

Offender Interviewed  Yes ☐  No ☒ _____
Date

You state that you are not receiving adequate medical care related to your right hip pain.

RESPONSE:  According to your medical record, you were seen at MCV Neurosurgery Clinic on 2.12.2020. The doctor documented at that time, "MRI of the lumbar spine done in November of 2019 was reviewed independently with the patient. It shows some mild bulging of the discs at a couple of levels but no evidence of any significant sore severe neural foraminal narrowing or stenosis. There is no signs of any ruptured discs. There is no signs of any significant bulging discs. I do not believe there is any surgical solution to the gentleman's problem. I think he can best be managed with physical therapy core strengthening month Meloxicam a perhaps some muscle relaxant." Physical therapy was ordered following this appointment. They recommended an AFO brace, and you were seen for a molding of the brace. The medical department has not been notified that your brace is ready. Physical therapy has been interrupted due to the Covid-19 changes. Currently you have pain medication and there is no reason you cannot continue the exercises you were given during physical therapy. If you feel you need to be seen again by medical, you may submit a request form and an appointment will be scheduled for you.

| Print Name and Title of Respondent  T. Cobbs, RNCA  Insert Name/Title | SIGNATURE OF RESPONDENT  *Cobbs, RNCA* | DATE  4.23.2020 |
|---|---|---|



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| | | |
|---|---|---|
| Berry B. Williams | 1052921 | B1 - 121 |
| Offender Name | Offender Number | Housing Assignment |
| | | On-going  1 9:00 AM |
| | | Date/ Time of Incident |

Individuals Involved in Incident

☐ Unit Manager/Supervisor   ☐ Food Service   ☐ Institutional Program Manager
☐ Personal Property   ☐ Commissary   ☐ Mailroom
☐ Medical Administrator   ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

I fell down the stairs in 2014, at Sussex II prison, while being a prisoner of Virginia Department of Corrections. I injured my hip an the pain has traveled down to my toes and their numbness on my right side, is now deteriorating and I'm having difficulty walking. I'm chronic care. I was transferred to Augusta Correctional Center to Green Rock Correctional Center and my medical condition isn't getting better and I'm not being treated adequately. This is cruel and unusual punishment.

Offender Signature _Barney Williams_ 1052921  Date 4-15-2020

### Offenders - Do Not Write Below This Line

Date Received: 4/16/2020       Tracking # GROC-20-INF-004
Response Due: 4/22/2020     Assigned to: I. Cobbs, Medical
Action Taken/Response:

_See Attached_

_Cobbs, RNCA_     Cobbs, RNCA      4.22.2020
Respondent Signature    Printed Name and Title    Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____   Date: _____

Staff Witness Signature: _____   Date: _____

*Revision Date: 4/28/17*

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance  866_F1_

# REGULAR GRIEVANCE

Log Number: _____

| Williams, Barry | 1052921 | B1 | 121-B |
|---|---|---|---|
| Last Name, First | Number | Building | Cell/Bed Number |

| Individuals Involved in Incident | On-going/ 8:00 a.m. |
|---|---|
| | Date/ Time of Incident |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint response or oth

documentation of informal process.) I fell down the stairs in 2014, at sessex II prison, While being a prisoner of Virginia Department of corrections. I injured my hip and the pain has traveled down to my toes and their numb and cold to the touch on my right side is now deteriorating and I'm having difficulty walking. I'm a chronic care patient. I was transferred to Augusta Correctional center to Green Rock correctional center. and my medical condition isn't getting better and I'm not being treated adequately. This is cruel and unusual punishment

**What action do you want taken?** Investigate and Remedy per policy.

| Grievant's Signature: Barry Williams #1052921 | Date: 9-30-2020 |
|---|---|

Warden/Superintendent's Office: _____

Date Received: _____

MAY 0 1 2020

Revision Date: 4/28/

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**    Health Services Complaint and Treatment Form  720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** GREEN ROCK CORRECTIONAL

**Offender Name:** _Williams_ (Last)  _Barry_ (First)   **Number:** _1052921_

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11/20/18  0800  Wst: 165 | C: Leg weakness  O: 96.7, 135/94, 73, 22  I: MD to see | |
| 11/20/18  0820 | Chart Reviewed  w/aiting for MRI + EMG study  EMG 10-12-18 | |
| | MRI ⊗ lumbar Spine with or without Contrast. local | Ann 11.20.18 |
| 11.20.18  1520 | MRI - Lumbar Spine Scheduled  w/ Danville, SOVAH Imaging | ana |
| 11/30/18 | Offender returned from  Out of facility appt @  SOVAH imaging center for  MRI. Report to follow. Health  Services report placed in  chart for Dr Ware to review  and Ms Mason copied — Duty RN | |
| 12-4-18  0900 | Pre Reg for Flu Telemed (Neuro  Surgery) appt. MRI report  also faxed along c Pre Reg. EMG  test to be done at MCV 12-12-18 Disc  of MRI. to be mailed to MCV  Telemed Dept | KCarter RN |
| 12.7.18  1625 | per Theresa Sweirman CVCU —  OK to send MRI in separate  envelope w/ appt paperwork -12/12/18 | an |



VIRGINIA
DEPARTMENT OF CORRECTIONS   **Health Services Complaint and Treatment Form** 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:**   AUGUSTA CORRECTIONAL CENTER

**Offender Name:** _Williams_ _____   _Barry_   **Number:** _1052921_
                        Last                    First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10-13-17  8:25Am | C) Offender called to Medical to be instructed on NPO | |
| | status in preparation for procedure tomorrow. | |
| | O) To have nothing to eat or drink ~~after midnight tonight.~~ | _Clear liquids_ |
| | The consequences if you do eat/drink include the following: | _8:30Am -10:30Am_ |
| | vomiting, aspiration, pneumonia or death. If the procedure | _NPO p̄ 10:30_ |
| | is not able to be done because you ate or drank something | |
| | and became sick, you will still be charged $5.00 co-pay. | |
| | To have the procedure rescheduled you will have to go | |
| | through sick call again and pay another $ 5.00 co-pay fee | |
| | for a referral to the provider, and wait for the procedure to | |
| | be rescheduled. | |
| | I) I understand that I can not have anything to eat or drink | |
| | after midnight tonight. I also understand that I will be | |
| | able to remain in my cell and return to Medical in the | |
| | morning to go out to the procedure. | |
| | Offender signature: _Barry Tetelleuse_ | |
| | _J. Burchett RN_ | |
| 10/13/17  5pm | C) Offender to medical returning from appointment | |
| 97.6  P-72 | O) A+O x3, VSS, NAD, No c/o voiced at this time | |
| 16  136/92 | I) Appointment papers with recommendations given | |
| 100% | to MD to review. Follow-up paper given to | |
| | Ms. Kishpaugh. Returned to GP. | _Fulagent LPN/Fulagent LPN_ |
| 10/16/17 | Obtain full UVA Pain Management | |
| 0830 | Consult of 10/18/17 | |
| | UM for FU Pain Management in ~ 6 wks | |
| | _[signature]_ MD | |
| | | |
| | | |

ROBERT C. "BOBBY" SCOTT
3RD DISTRICT, VIRGINIA

**COMMITTEE ON THE JUDICIARY**
*RANKING MEMBER, SUBCOMMITTEE ON*
*CRIME, TERRORISM AND HOMELAND SECURITY*

SUBCOMMITTEE ON THE CONSTITUTION

**COMMITTEE ON**
**EDUCATION AND THE WORKFORCE**

SUBCOMMITTEE ON EARLY CHILDHOOD,
ELEMENTARY AND SECONDARY EDUCATION

SUBCOMMITTEE ON HEALTH,
EMPLOYMENT, LABOR, AND PENSIONS



# Congress of the United States
## House of Representatives
### Washington, DC 20515–4603

WASHINGTON:
1201 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TEL.: (202) 225-8351
FAX: (202) 225-8354

NEWPORT NEWS:
2600 WASHINGTON AVENUE, SUITE 101
NEWPORT NEWS, VA 23607
TEL: (757) 380-1000
FAX: (757) 928-6694

RICHMOND:
400 NORTH 8TH STREET, SUITE 430
RICHMOND, VA 23219
TEL: (804) 644-4845
FAX: (804) 648-6026

WWW.BOBBYSCOTT.HOUSE.GOV

October 21, 2015

Mr. Barry Williams #1052921
24427 Musselwhite Drive
Waverly, VA 23891-2222

Dear Mr. Williams #1052921:

Enclosed is the response I received from the inquiry I initiated on your behalf.

If I can ever be of assistance to you on other matters, please do not hesitate to contact me.

Sincerely,

Robert C. "Bobby" Scott
Member of Congress

RCS/RJ

**COMMONWEALTH of VIRGINIA**



David E. Brown, D.C.
Director

www.dhp.virgi...
TEL (804) 36...
FAX (804) 52...

Perimeter Center
9960 Mayland Drive, Suite 300
Henrico, VA 23233-1463

May 19, 2016

Barry Williams, #1052921
Sussex II State Prison
24427 Musselwhite Drive
Waverly, VA 23891

Regarding:   Case # 173875
Subject:     INDER JEET SINGH GUJRAL, MD

This letter acknowledges receipt of your report against the above referenced individual or regu...
facility.

The Department of Health Professions (the Department) receives, reviews, and investigates report...
complaints about the conduct of health care providers registered, licensed or certified by the Departr...
Not all complaints will require additional follow-up. However, if additional information is neede...
Investigator will contact you.

Information about our investigative and disciplinary processes is available on our web pag...
www.dhp.virginia.gov/enforcement. If you do not have access to the internet you can call 804-367-...
or 800-533-1560 to request a brochure.

The Department is not able to advise you regarding any legal action you may intend to pursue nor d...
have the legal authority to order reimbursement, awards or damages. Information submitted...
regulatory board is confidential and may only be disclosed pursuant to specific terms of §54.1-2400...
the Code of Virginia.

We appreciate you taking the time to submit your report.

Sincerely,

Patricia L. Dewey, RN, BSN
Senior Investigator
Enforcement Division

Sovah Danville Imaging Center    Name: WILLIAMS,BARRY BEROAN
125 Executive Drive              Phys: WANG,LAURENCE
Suite D                          DOB: 03/25/1968   Age: 50      Sex: M
Danville, VA  24541             Acct: DA0007137056  Loc: DA.MRI
PHONE #: 434-793-1043           Exam Date: 11/30/2018 Status: REG CLI
  FAX #: 4347990202              Radiology No:
                                 Unit No: DM00796899

**EXAMS:**                    **Reason for exam:**           **CPT CODE:**
001327052 MRI LUMBAR SPINE W/O CO  CHRONIC BACK PAIN          72148

Reason for study:  CHRONIC BACK PAIN

Comparison:  None

Technique:  Multiplanar, multisequence MR images of the lumbar spine
extending from T12 to the sacrum was obtained. No contrast was
administered.

Findings:


No suspicious marrow edema or compression fracture is noted.  The
conus medullaris terminates at L1-2 level.

T12-L1:No significant facet arthropathy. ligamentum flavum thickening,
spinal canal or neural foramina narrowing is noted.

L1-L2: No significant thecal sac stenosis.  There is mild neural
foraminal narrowing on the right probably secondary to facet
hypertrophy exiting nerve root compromise no evidence of compression.
Neural foramen on the left is patent.

L2-L3: Mild neural foraminal narrowing is identified on the right
secondary to facet hypertrophy possible exiting nerve root compromise
no evidence of compression.  The neural foramen on the left is patent.

L3-L4: There is mild thecal sac narrowing secondary to broad-based
disc bulge as well as ligamentum flavum and facet atrophy.  A small
synovial cyst is demonstrated along the medial aspect of the
uncovertebral joint on the left.  There is moderate to severe neural
foraminal narrowing on the left primarily secondary to facet
hypertrophy exiting nerve root compromise and possible mild
compression.  Mild neural foraminal narrowing is identified on the
right with possible exiting nerve root compromise.

L4-L5: There is mild to moderate thecal sac narrowing secondary to
broad-based disc bulge as well as ligamentum flavum and facet
hypertrophy.  Mild to moderate neuroforaminal narrowing is identified
on the right with possible nerve root compromise no evidence of
compression.  Mild neural foraminal narrowing demonstrated on the left
possible exiting nerve root compromise.

PAGE 1                    **Radiology Report**              (CONTINUED)

Sovah Danville Imaging Center
125 Executive Drive
Suite D
Danville, VA. 24541
PHONE #: 434-793-1043
  FAX #: 4347990232

Name: WILLIAMS,BARRY BEROAN
Phys: WANG,LAURENCE
DOB: 03/25/1968   Age: 50        Sex: M
Acct: DA0007137056 Loc: DA.MRI
Exam Date: 11/30/2018 Status: REG CLI
Radiology No:
Unit No: DM00796899

| EXAMS: | Reason for exam: | CPT CODE: |
|---|---|---|
| 001327052 MRI LUMBAR SPINE W/O CO | CHRONIC BACK PAIN | 72148 |
| <Continued> | | |

L5-S1: A mild broad-based disc bulge is appreciated without
significant thecal sac stenosis.  There is mild bilateral neural
foraminal narrowing possible exiting nerve root compromise.


IMPRESSION:
Multilevel multifactorial spondylosis.

L2-3: mild neural foraminal narrowing on the right without exiting
nerve root compression compromise.

L3-4: Mild thecal sac narrowing.  Moderate to severe neural foraminal
narrowing on the left exiting nerve root compromise possible
compression.  Mild neural foraminal narrowing on the right possible
exiting nerve root compromise.

L4-5: Mild to moderate thecal sac stenosis.  Mild to moderate
neuroforaminal narrowing on the right without exiting nerve root
compromise no evidence of compression.  Mild neural foraminal
narrowing on the left possible exiting nerve root compromise.

L5-S1: Mild bilateral neuroforaminal narrowing with possible exiting
nerve root compromise.

Attention FAX RECIPIENT: If you receive ANY documents on this fax
machine that are not related to one of your patients then you have
received the fax in error. Please immediately contact the hospital HIM
Dept or the Hospital Privacy Officer at 434.799.2127 to inform them
that you have received patient information in error. Please follow
their instructions for returning the document or appropriately
discarding/destroying the document that you received in error.


        ** Electronically Signed by M.D. HECTOR COOPER **
        **        on 11/30/2018 at 1413              **
             Reported and signed by: HECTOR COOPER, M.D.


PAGE  2                  Radiology Report              (CONTINUED)

```
Sovah Danville Imaging Center     Name: WILLIAMS,BARRY BEROAN
125 Executive Drive               Phys: WANG,LAURENCE
Suite D                           DOB: 03/25/1968   Age: 50      Sex: M
Danville, VA  24541               Acct: DA0007137056  Loc: DA.MRI
PHONE #: 434-793-1043             Exam Date: 11/30/2018 Status: REG CLI
  FAX #: 4347990202               Radiology No:
                                  Unit No: DM00796899


EXAMS:                          Reason for exam:              CPT CODE:
001327052 MRI LUMBAR SPINE W/O CO  CHRONIC BACK PAIN          72148
   <Continued>
```

CC: GREEN ROCK CORRECT CTR; LAWARENCE WANG

Dictated Date/Time: 11/30/2018 (1405)

Transcribed Date/Time: 11/30/2018 (1405)
Transcriptionist: RAD.VR
Electronic Signature Date/Time: 11/30/2018 (1413)
Orig Print D/T: S: 11/30/2018 (1417)

                              BATCH NO: N/A

PAGE  3                  Radiology Report

VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance  866_F1_

# REGULAR GRIEVANCE

Log Number: _____

| Last Name, First | Number | Building | Cell/Bed Number |
|---|---|---|---|
| Williams, Barry | 1052921 | B1 | 121-B |

| Individuals Involved in Incident | Date/ Time of Incident |
|---|---|
| | On-going/ 8:00 a.m. |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complaint response or oth documentation of informal process.) I fell down the stairs in 2014, at Sessex II prison, while being a prisoner of Virginia Department of corrections. I injured my hip and the pain has traveled down to my toe's and their numb and cold to the touch on my right side is now deteriorating and I'm having difficultity walking. I'm a chronic care patient. I was transferred to Augusta Correctional center to Green Rock correctional center. and my medical condition isn't getting better and I'm not being treated adaquately. This is cruel and unusual punishment

**What action do you want taken?** Investigate and Remedy per policy.

Grievant's Signature: Barry williams #1052921    Date: 9-30-2020

Warden/Superintendent's Office: _____

Date Received: _____

Revision Date: 4/28/



VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Complaint and Treatment Form  720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** AUGUSTA CORRECTIONAL CENTER

**Offender Name:** *Williams* (Last)   *Barry* (First)   **Number:** 1052921

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10-13-17  8:25 Am | C) Offender called to Medical to be instructed on NPO status in preparation for procedure tomorrow. | |
| | O) To have nothing to eat or drink ~~after midnight tonight.~~ | *Clear liquids* |
| | The consequences if you do eat/drink include the following: | *8:30 Am - 10:30 Am* |
| | vomiting, aspiration, pneumonia or death. If the procedure | *NPO p̄ 10:30* |
| | is not able to be done because you ate or drank something | |
| | ~~and became sick, you will still be charged $5.00 co-pay.~~ | |
| | To have the procedure rescheduled you will have to go | |
| | through sick call again and pay another $ 5.00 co-pay fee | |
| | for a referral to the provider, and wait for the procedure to | |
| | be rescheduled. | |
| | I) I understand that I can not have anything to eat or drink | |
| | after midnight tonight. I also understand that I will be | |
| | able to remain in my cell and return to Medical in the | |
| | morning to go out to the procedure. | |
| | Offender signature: *Barry Tetelleure* | |
| | *JBurchett RN* | |
| 10/13/17  5pm  97.6  P-72  16  136/92  100% | C) Offender to medical returning from appointment  O) A+O x3, VSS, NAD, No % voiced at this time.  I) Appointment papers with recommendations given to MD to review. Follow-up paper given to Ms. Kishpaugh. Returned to GP. | FNugent, LPN/FNugent, LPN |
| 10/16/17  0830 | Obtain full UVA Pain Management Consult of 10-13-17  UM for F/U Pain Management in ~ 6 wks  [signature] MD | |

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: July 1, 2013
Operating Procedure 866.1   Attachment 2

RECEIVED
APR 6 2016
SUSSEX II STATE PRISON

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated box at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Barry Williams | 1052921 | 437 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor    ☐ Food Service    ☐ Treatment Program Supervisor
☐ Personal Property    ☐ Commissary    ☐ Mailroom
☑ Medical Administrator    ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

I would like to know what is being done to correct my medical condition. The doctor told me if I was not doing any better within 30 days he would have me sent to msp to see a doctor there. It has been over 30 days (2-16-16) to this (4-2-14-5-16) and nothing has been done. My condition is not getting any better.

Offender Signature _Barry Williams / #1052921_ Date _4-5-16_

**Offenders - Do Not Write Below This Line**

Date Received: _4/6/16_    Tracking # _SIII-16-10f-015_
Response Due: _4/21/16_    Assigned to: _Medical_
Action Taken/Response:

You were seen on 3/28/16
You will be scheduled to
see the MD

_T Barrett, RN_    _J Barrett RN_    _4/14/16_
Respondent Signature    Printed Name and Title    Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: _____

Staff Witness Signature: _____ Date: _____

RECEIVED MAY 31 2016 OFFICE OF HEALTH SERVICES

RECEIVED APR 22 2016 GRIEVANCE OFFICE SUSSEX II STATE PRISON

Revision Date: 4/9/13

VIRGINIA DEPARTMENT OF CORRECTIONS

866.1 A-7

## Offender Grievance Response - Level II



DOC Location: C00 Central Office, Administration

Report generated by Ray, H C

Report run on 06/14/2016 at 2:34 PM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Williams, Barry B | 1052921 | **Current** | Sussex II State Prison | SXII-16-REG-00156 |
| **Housing** | | **Filed** | Sussex II State Prison | |
| HU4-B-07-T | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER

MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

### LEVEL II HEALTH SERVICES DIRECTOR:

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that the doctor said you should be seen by the MCV doctor because your medical problem is getting worse as of 04/05/16.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** It is reported that the physician evaluated you on 04/18/16 and recommended pain therapy and to review your medical reports from the local hospital. Be advised that it is the discretion of the SXII physician to recommend you an outside specialty appointment. It is further noted that you have been approved for a MCV Neurology appointment. For security reasons, you should only be notified on the date that your appointment arrives. This issue is governed by **restricted policy.**

**If you have any further issues, please resubmit a sick call request for further evaluation of your right leg and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level.

**In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| | |
|---|---|
| Regional Director, Health Services Director, or Chief of Operations for Offender Management Services | Date 6/19/16 |



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response - Level I**

866.1 A-6
DOC Location: SXII Sussex II State Prison
Report generated by James, A D
Report run on 05/16/2016 at 2:21 PM

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Williams, Barry B | | 1052921 | Current | Sussex II State Prison | SXII-16-REG-00156 |
| Housing | | | Filed | Sussex II State Prison | |
| HU4-B-07-T | | | | | |

LEVEL I:  **WARDEN/SUPERINTENDENT'S RESPONSE**  (To be completed and mailed within 30 calendar days)

In your grievance, you state that you are still having problems getting your medical situation straighten out. You claim that you explained to medical that you need to see a specialist because your condition is getting worse. You state that you saw the medical doctor twice on March 28, 2016 and April 18, 2016 and no positive results. You claim that no medical treatment is being done at all.

As a result of this grievance, you would like to be seen by an outside doctor or specialist.

Informal Complaint #SXII-16-INF-01597, responded by T. Barrett, RN, on 4/14/16 advised, "You were seen on 3/28/16. You will be scheduled to see the MD."

An investigation into your complaint reveals that you were seen for sick call on March 18, 2016 for right leg complaint and you were referred to the Medical Doctor. You were seen by the Medical Doctor on March 28, 2016, but no new orders were written. Further investigation reveals that you were seen again on April 18, 2016 by the Medical Doctor and he stated that he needed a report from Southside Medical Hospital on your right hip that was done on February 18, 2016. You were advised to continue on the Mobic medication; however, no note was written about you being seen by an outside consult. If you are still experiencing medical issues, you are encouraged to submit a sick call.

Your grievance is governed by a restricted policy not accessible to offenders.

After thoroughly reviewing the information presented by staff and the policy governing the issue, I find no violation of policy; therefore, this grievance is UNFOUNDED.

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Health Services Director, PO Box 26963, Richmond, VA  23261-6963

| Warden/Superintendent | Date  5-17-16 |
|---|---|

I wish to appeal the Level I response because: _I WAS not seen by the M.D. on March 28 2016. I WAS seen by NSC and scheduled on that day to see the MD, who I saw on April 18, 2016. The level I response does not address the fact that I am complaining that nothing is being adequately done to correct my medical problem. I informed the doctor that after 30 days of following his treatment plan, I am still having the problem which I've been experiencing the last 2 years. My right leg has been ice cold, not able to move a few toes, serious pain within my foot & ankle, as well as my walk — continued Attac_

| Offender Signature  _Barry Williams_  #1052921 | Date  5-20-16 |
|---|---|

* Did not receive until 5/20/16
_[signature]_

**RECEIVED**

MAY 3 1 2016

OFFICE OF HEALTH SERVICES

Page 1 of 1       Rev. 05/31/200



VIRGINIA DEPARTMENT OF CORRECTIONS
Regular Grievance

Effective Date: Decem
Operating Procedure 866.1   Att

# REGULAR GRIEVANCE

Log Number: _8CUP_

| WiLLiAMS  BARRY | 1052921 | 4 | 4B |
|---|---|---|---|
| Last Name        First | Number | Building | Cell/Bed |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process:  Attach Informal Complain

documentation of informal process.) I Am still hAving pRoblems getting

medical situation straighten out. Attached to This gRic

is my INFORMAL CompLAiNT, DATED 4-5-16  I explAined t

MediCAL I Need to see A SPECIALIST BECAuse my leg

is getten woRRseR. I've Been to see The MD Twic

3-28-16 And 4-18-16 And there weRe No positiv

Results. This is A dilibeRAte Act of medicAL

indifference. TheRe is No medicAL tReATment be

done AT All.  All They do is cALL me over to s

The MD heRe And send me bAck, stAting There is

Nothing else to do.

**What action do you want taken?** I would Like to be seen by AN oui

AAD oR A SPECiALiST, who cAN exPLAiN why my leg

FRozen, why I'm leANing to one side, why my l

Right side, hip + Leg ALL the wAy Down to my Fo

is in PAiN. This HAs Been going 2yRs with No Results

Needs to chAnge

**Grievant's Signature:** X [signature] 1052921 **Date:** 04-20-16

**Warden/Superintendent's Office:** _____

**Date Received:** _____ 4/20/16

RECEIVED

MAY 31 2016

OFFICE OF HEALTH SERVICES

RECEIVED

APR 22 2016

GRIEVANCE OFFIC
SUSSEX II STATE PR

Barry B. Williams #1052921
SSII Prison 4B-7
24427 Musselwhite Drive
Waverly, VA. 23891

Health Services Director
P.O. Box 26963
Richmond, VA. 23261-6963

The cont→ being abnormal. My right thigh has greatly Deteriorat on a daily basics.

Instead, the M.D. is delaying my care by saying he needed a medical report that either should have been in my medical record or he should have obtained before he saw me on April 18, 2016. It has been now more than a month and nothing has been done.

The M.D. is attempting to delay my care, which is already overdue. He wants me to continue signing up for sick call, which I have been doing over the years I've been seeking treatment for my condition, keep paying the copays and going in circles without getting the proper care.

I have made numerous attempts to get the proper medical care, in addition to all the sick call requests. I have put in over the years. I have written letter complaints to prison administrative officials and my congressman who forwarded them to the DOC's main office, but everyone always defer to the M.D. who I note is the subject of multiple civil suits by prisoners for denial of adequate care.

I am suffering and only seek the proper treatment for my condition, which I am not getting. Therefore, I ask that the level response be overturned and that the M.D. be directed to send me out to see a specialist for adequat. course of treatment.

Respectfully yours,
Barry B. Williams
#1052921

**RECEIVED**

MAY 31 2016

OFFICE OF HEALTH SERVICES

VIRGINIA DEPARTMENT OF CORRECTIONS

**Grievance Receipt**

866.1 A-3

DOC Location: GROC Green Rock Correctional Center

Report generated by Massenburg

Report run on 04/16/2020 at 04:50 PM

Grievance Number: <u>GROC-20-INF-00425</u>

Next Action Date: <u>05/01/2020 12:00 AM</u>

| On this date: | 04/16/2020 | | I have received a statement from: |
|---|---|---|---|
| | | | Green Rock Correctional Center |
| Williams, Barry B | | 1052921 | of B-1-121-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

He Feels That He Isn't Being Treated Adequately For His Pain ~ "I fell down the stairs in 2014, at Sessex II prison, while being a prisoner of Virginia Department of Corrections. I injuried my hip on the pain has traveled down to my toes and their numb on my right side is now deteriorating and I'm having difficultity walking. Im chronic care. I was transferred to Augusta Correctional Center to Green Rock Correctional Center and my medical condition isn't getting better and Im not being treated adequately. This is cruel and unusal punishment."

| *Ms. Massenburg* | *Grievance Coordinator* |
|---|---|
| *(Signature)* | *(Title)* |

C7-07-16;C3:46PM;NVA

**FAXED**

Ahm 7-7-15 1530

Sign, Date, and Time **Armor Correctional Health Services, Inc.**

SPECIALTY SERVICE/CONSULTATION REQUEST-VADOC

Date: 7/7/15                    Institution: Sussex II

☐Routine   ☐Priority (within 14 days)   ☒Urgent (within 7 days)   ☐Emergency (Submit & call Regional Medical Director)

___Urgent/Emergency: Fax to 866-465-5277     ___Routine/Priority: Fax to 866-470-1680

Service Requested: Neurology appt for Possible Sudeck Syndrome (complex regenenal Pain Syndrome)

Specific Location or provider? Neuro cvet J Va.
(Provider to be referred to-leave blank if unknown)
Does patient have a hospital identification number at this location? _____
(Provider's ID/Regional Medical Records Number-leave blank if unknown)

☐ SPECIAL TRANSPORT NEEDED (wheelchair, etc)

Reason for Service: 47 yrs old male having Peen & numbness of Rt foot his xray of foot+spine, sedrate, RF, EMG are normal He has good D.P. Pulse xray of foot + Pelvis normal Today his Rt foot was cold but had Good Pulsation

ALLERGIES:

Laboratory or radiology results:

Requested by: _Greene Dur_   Telephone 804-834-2678   FAX: 804-834-2815
HCP name/signature

*For Regional Medical Director*

☐ Return for more information
   Information requested

APPROVED

☐ Deferred: _____ (Clinician must provide alternative treatment plan and schedule patient for follow-up. Consider resubmission if condition warrants.)

☐ Approved: _____                    Date: 7.8.15
Signature: *Brian Scott for Dr. Gable*

*For approved service, SCHEDULED:*

Date: _____ Time: _____ Authorization #: _____ Notes: _____

Reschedule: Date: _____ Time: _____ Notes: _____

(Do not inform patient of date or time or place of appointment)

| PATIENT NAME: | Patient #: | D.O.B. | SEX: | LOCATION: |
|---|---|---|---|---|
| Williams Barry | 1052921 | 3-25-68 | M | Sussex II |
| SS# 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 | Additional information | DOI 4-17-52 | DOR MLife | Comments |

Armor, PT-007VADOC (REV 09/2014)          White Copy-Patient Chart When Complete          Yellow Copy-Pending Response

**ROBERT C. "BOBBY" SCOTT**
3RD DISTRICT, VIRGINIA

**WASHINGTON:**
1201 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4603
TEL: (202) 225-8351
FAX: (202) 225-8354

**NEWPORT NEWS:**
2600 WASHINGTON AVENUE, SUITE 1010
NEWPORT NEWS, VA 23607-4333
TEL: (757) 380-1000
FAX: (757) 928-6694

**RICHMOND:**
400 NORTH 8TH STREET, SUITE 430
RICHMOND, VA 23219
TEL: (804) 644-4845
FAX: (804) 648-6026

WWW.BOBBYSCOTT.HOUSE.GOV



# Congress of the United States
## House of Representatives
### Washington, DC 20515-4603

COMMITTEE ON THE JUDICIARY

CHAIRMAN, SUBCOMMITTEE ON
CRIME, TERRORISM AND HOMELAND SECURITY

SUBCOMMITTEE ON THE CONSTITUTION,
CIVIL RIGHTS AND CIVIL LIBERTIES

SUBCOMMITTEE ON
COMMERCIAL AND ADMINISTRATIVE LAW

**COMMITTEE ON
EDUCATION AND LABOR**

SUBCOMMITTEE ON EARLY CHILDHOOD
ELEMENTARY AND SECONDARY EDUCATION

SUBCOMMITTEE ON
HEALTHY FAMILIES AND COMMUNITIES

**COMMITTEE ON THE BUDGET**

September 29, 2015

Mr. Harold Clarke
Director
Virginia Department of Corrections
P.O. Box 26963
Richmond, VA  23261-6963

Dear Mr. Clarke:

Enclosed is correspondence from my constituent, Mr. Barry Williams #1052921.

I would appreciate it if you would look into this situation for Mr. Williams.   You may respond directly to the constituent with a copy to my Newport News district office, 2600 Washington Avenue, Suite #1010, Newport News, Virginia. 23607.

Thank you for your attention to this matter.

Sincerely,

Robert C. "Bobby" Scott
Member of Congress

RCS/RJ

CC: Mr. Williams

**ROBERT C. "BOBBY" SCOTT**
3RD DISTRICT, VIRGINIA

**COMMITTEE ON THE JUDICIARY**
*RANKING MEMBER, SUBCOMMITTEE ON
CRIME, TERRORISM AND HOMELAND SECURITY*

SUBCOMMITTEE ON THE CONSTITUTION

**COMMITTEE ON
EDUCATION AND THE WORKFORCE**

SUBCOMMITTEE ON EARLY CHILDHOOD,
ELEMENTARY AND SECONDARY EDUCATION

SUBCOMMITTEE ON HEALTH,
EMPLOYMENT, LABOR, AND PENSIONS



# Congress of the United States
## House of Representatives
### Washington, DC 20515—4603

WASHINGTON:
1201 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
TEL: (202) 225-8351
FAX: (202) 225-8354

NEWPORT NEWS:
2600 WASHINGTON AVENUE, SUITE 101
NEWPORT NEWS, VA 23007
TEL: (757) 380-1000
FAX: (757) 928-6694

RICHMOND:
400 NORTH 8TH STREET, SUITE 430
RICHMOND, VA 23219
TEL: (804) 644-4845
FAX: (804) 648-6026

WWW.BOBBYSCOTT.HOUSE.GOV

October 21, 2015

Mr. Barry Williams #1052921
24427 Musselwhite Drive
Waverly, VA  23891-2222

Dear Mr. Williams #1052921:

Enclosed is the response I received from the inquiry I initiated on your behalf.

If I can ever be of assistance to you on other matters, please do not hesitate to contact me.

Sincerely,

Robert C. "Bobby" Scott
Member of Congress

RCS/RJ



# COMMONWEALTH of VIRGINIA

*Department of Corrections*

P.O. BOX 269
RICHMOND, VIRGINIA 232
(804) 674-30

HAROLD W. CLARKE
DIRECTOR

October 7, 2015

Barry Williams #1052921
Sussex II State Prison
24427 Musselwhite Drive
Waverly, Virginia 23891

Dear Barry Williams,

Your correspondence to Congressman Robert C. "Bobby" Scott's office has been forwarded to this office for a response. In your written inquiry, you have outlined concerns regarding medical treatment. You feel as though you are not receiving adequate care for your medical condition. You claim that you sustained an injury to your right side/leg which has caused severe pain, discomfort and swelling. You note that it is difficult to walk and that your leg is cold to the touch. You hold that medical refuses to schedule you an appointment with a specialist to undergo an examination that will diagnose your condition. You request the assistance of the Congressman in rectifying this matter.

As you are aware, you are to utilize Operating Procedure 866.1, *Offender Grievance Procedure*, to address concerns such as this. It is noted that you have submitted Informal Complaints #SXII-15-INF-01269, SXII-15-INF-01678 and SXII-15-INF-04033 regarding this issue. If you were not satisfied with the response provided, you were given an opportunity to submit a grievance in accordance with the aforementioned procedure. If you have submitted a grievance regarding this issue that has been rejected for review, you may challenge the intake decision in accordance with the aforementioned procedure.

If you have not done so already, you are encouraged to sign up for sick call to discuss pain management, treatment options and the long-term plan to manage your condition with the treating physician.

I trust that this information is of benefit to you.

Sincerely,

Melissa Welch
Correspondence Unit Manager

cc: Wendell Pixley, Warden

MW/cf

Log # DOC_2015_00039662